## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 25-10535 PA (SSCx) | | Date | January 29, 2026 |
|---|---|---|---|---|
| Title | Wendy Vidor, et al. v. Jeff Macomber, et al. | | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**        IN CHAMBERS — COURT ORDER

The Court is in receipt of a First Amended Complaint ("FAC") filed by plaintiffs Wendy Vidor and Estate of Matthew Vidor (jointly "Plaintiffs"). (Docket No. 29.) Plaintiffs initiated this action on November 3, 2025. On December 4, 2025, Plaintiffs filed Proofs of Service indicating that each defendant named in the Complaint had been served on November 20, 2025. (Docket Nos. 11–22.) On December 26, 2025, Plaintiffs filed the FAC, which names several additional defendants.

Under Rule 15 of the Federal Rules of Civil Procedure, a party may amend a pleading as a matter of course either (1) within 21 days of serving it or (2) if a responsive pleading is required, within 21 days of being served with a responsive pleading. Fed. R. Civ. P. 15(a)(1). In all other cases, the party seeking to amend must obtain the opposing party's written consent or leave of the court. Fed. R. Civ. P. 15(a)(2). Here, Plaintiffs filed the FAC more than 21 days after serving the Complaint, and to date, no defendant has filed a responsive pleading. Thus, it appears that Plaintiffs were not entitled to file the FAC as a matter of course under Rule 15(a)(1). Moreover, Plaintiffs have not demonstrated compliance with Rule 15(a)(2), as there is no indication that Plaintiffs obtained the defendants' written consent to amend, and Plaintiff did not seek leave of the Court prior to filing the FAC.

The Court therefore orders Plaintiffs to show cause in writing on or before February 12, 2026, why the FAC should not be stricken due to Plaintiff's violation of Rule 15. The Order to Show Cause will stand submitted upon the filing of plaintiff's response. Failure to respond to this Order may result in striking the FAC.

IT IS SO ORDERED.

---