JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY VIDOR, et al.,<br>Plaintiffs,<br>v.<br>JEFF MACOMBER, et al.,<br>Defendants. | CV 25-10535 PA (SSCx)<br>JUDGMENT |

Pursuant to the Court's July 31, 2026 Minute Order, which dismissed the federal claims and declined to exercise supplemental jurisdiction over the remaining state law claims asserted by plaintiffs Wendy Vidor and Estate of Matthew Vidor ("Plaintiffs") against defendants Amar Mehta, Robert Ryan, Eva Hawkins, Yuchuan Chen, Mary Comperini, Ronald Broomfield, Diana Toche, Jeff Macomber, Connie Gipson, Justin Chernow, Teresa Macias, Danny Samuel, Debra Mensing, Christopher Garino, Brian Ornelas, Adrian Rubio, Kameron Mackenzie, Gustavo Avila, Robert Lopez, Justin Castillo, Arthur Puente, and Joel Close (collectively "Defendants"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants as to Plaintiffs' federal claims asserted under 42 U.S.C § 1983, and that these claims are dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Court declines to exercise supplemental jurisdiction over Plaintiffs' remaining state law claims asserted against Defendants, and that those claims are dismissed without prejudice. See 28 U.S.C. § 1367(c)(3).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs shall take nothing on their federal claims, and that Defendants shall have their costs of suit.

IT IS SO ORDERED.

DATED: July 31, 2026

Percy Anderson
UNITED STATES DISTRICT JUDGE